UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FINANCIAL PACIFIC INSURANCE
COMPANY,

                        NO. CIV. S-07-565 LKK/GGH

     Plaintiff,

    v.

EVEREST NATIONAL INSURANCE
COMPANY, and DOES 1 through
10, inclusive,

     Defendant.

_____/

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on June 18, 2007.  Wendy L. Hillger

1

appeared telephonically as counsel for plaintiff; Joshua s. Leach appeared telephonically as counsel for defendant.  After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1332, is undisputed and is hereby found to be proper, as is venue.

**FICTITIOUSLY-NAMED DEFENDANTS**

This action, including any counterclaims, cross-claims, and third-party complaints is hereby DISMISSED as to all DOE or other fictitiously-named defendants.

**DISCOVERY**

No modifications of the discovery requirements found in the Federal Rules is ordered except as follows:

1.  The court adopts the limitation on discovery set out in the joint status conference statement.

2.  The court adopts the parties' discovery schedule except as noted herein.

1        **FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE**

2        At the request of the parties, a further status conference is

3   set for August 27, 2007 at 2:30 p.m.   (The parties are reminded

4   that status reports must be filed and served not later than seven

5   (7) days preceding the status conference.)

6        IT IS SO ORDERED.

7        DATED:   June 20, 2007.

8

9

10                                   _____
                                     LAWRENCE K. KARLTON
11                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                     3