UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FINANCIAL PACIFIC INSURANCE
COMPANY,

                              NO. CIV. S-07-565 LKK/GGH

        Plaintiff,

    v.

                              O R D E R

EVEREST NATIONAL INSURANCE
COMPANY, and DOES 1 through 10,
inclusive,

        Defendants.
                              /

    A status conference was held in chambers on August 27, 2007. After hearing, the court orders as follows:

    1.  A further status conference is set for November 13, 2007 1:30 p.m.

    IT IS SO ORDERED.

    DATED:  September 4, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT